ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/13/2015 9:21:24 AM
Pam Estes
CLERK

**ROBERT M. MINTON**
**DAVID P. BROWN**

PHONE (903) 657-3543
FAX (903) 657-3545

## MINTON & BROWN, PLLC
### ATTORNEYS AT LAW
HENDERSON FEDERAL SAVINGS ASSOCIATION BUILDING
134 NORTH MARSHALL STREET
**P. O. BOX 1688**
**HENDERSON, TEXAS 75653-1688**
E-Mail: mintonbrown@suddenlinkmail.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/13/2015 9:21:24 AM
PAM ESTES
Clerk

November 13, 2015

Ashley Yount, Deputy Clerk
Twelfth Court of Appeals
1517 W. Front St., Ste. 354
Tyler, TX 75702

> RE: **Estate of Willie Sue Hammack, Deceased; 12th Court of Appeals Case No. 12-15-00246-CV**

Dear Ms. Yount:

Attached with this filing please find your letter of November 12, 2015, requesting payment in the amount of $15.00 for fees relating to our Motion to Reinstate.

Further submitted with this filing is payment for same.

Yours very truly,

MINTON & BROWN, PLLC

Robert M. Minton

RMMtnp